IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| VON LEE MCCLAMROCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22CV378 |
| | ) | |
| IREDELL COUNTY JAIL, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on May 24, 2022, was served on the parties in this action.   (ECF Nos. 3, 4.)   No objections were filed within the time prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that this action be transferred to the United States District Court for the Western District of North Carolina.

This, the 22nd day of June 2022.

/s/ Loretta C. Biggs
United States District Judge